05-15-00806-CV

ACCEPTED
DALLAS COUNTY
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/6/2015 8:52:55 AM
LISA MATZ
CLERK

CAUSE NO. DC-14-08645

Bridgette Vation

| | | |
|---|---|---|
| JANICE WINN, INDIVIDUALLY | § | IN THE DISTRICT COURT |
| AND ON BEHALF OF THE ESTATE | § | |
| OF DORIS HUNT | § | |
| | § | |
| V. | § | 95TH JUDICIAL DISTRICT |
| | § | |
| METHODIST HOSPITALS OF | § | |
| DALLAS A/K/A METHODIST | § | |
| HEALTH SYSTEM, D/B/A | § | |
| METHODIST CHARLTON | § | |
| MEDICAL CENTER | § | DALLAS COUNTY, TEXAS |

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/6/2015 8:52:55 AM
LISA MATZ
Clerk

**DEFENDANT METHODIST HOSPITALS OF DALLAS A/K/A METHODIST HEALTH
SYSTEM D/B/A METHODIST CHARLTON MEDICAL CENTER'S
NOTICE OF ACCELERATED APPEAL**

TO THE HONORABLE JUDGE OF SAID COURT:

1.      Defendant Methodist Hospitals of Dallas a/k/a Methodist Health System d/b/a

Methodist Charlton Medical Center gives notice of its desire to file an accelerated appeal,

pursuant to Rules 4.1(a), 25.1(a) and 26.1(b) of the TEXAS RULES OF APPELLATE PROCEDURE,

from the Order on Defendant Methodist Hospitals of Dallas a/k/a Methodist Health System d/b/a

Methodist Charlton Medical Center's Motion to Dismiss, issued by the Hon. Ken Molberg

presiding over the 95th District Court of Dallas County, Texas on June 21, 2015, in Cause No.

DC-14-08645, styled *Janice Winn, Individually and on behalf of Doris Hunt v. Methodist

Hospitals of Dallas a/k/a Methodist Health System d/b/a Methodist Charlton Medical Center,* in

the 95th District Court of Dallas County, Texas.

2.      Defendant appeals the June 21, 2015 ruling on Defendant Methodist Hospitals of

Dallas a/k/a Methodist Health System d/b/a Methodist Charlton Medical Center's Motion to

---

**DEFENDANT METHODIST HOSPITALS OF DALLAS A/K/A
METHODIST HEALTH SYSTEM D/B/A METHODIST CHARLTON MEDICAL
CENTER'S NOTICE OF ACCELERATED APPEAL – Page 1**
202204.1
202204v1 131-1035

Dismiss to the Fifth Court of Appeals of Dallas, Texas, which court has jurisdiction over appeals from the district courts of Dallas County, Texas.

     3.    Defendant will serve the clerk of the Dallas Court of Appeals with a copy of this Notice of Accelerated Appeal, pursuant to Rule 25.1(e) of the TEXAS RULES OF APPELLATE PROCEDURE. Defendant also will tender their appeal filing fees to the Clerk of the Dallas Court of Appeals.

Respectfully submitted,

**STEWART | COURINGTON | DUGGER | DEAN, PLLC**
1701 N. Market Street
Suite 200
Dallas, Texas 75202
(214) 615-2000
(214) 615-2001 - FAX

/s/ *Brandon Kulwicki*
**BRANDON KULWICKI**
Bar No. 24043768
brandon@scddlaw.com

ATTORNEYS FOR METHODIST HOSPITALS OF DALLAS A/K/A METHODIST HEALTH SYSTEM, D/B/A METHODIST CHARLTON MEDICAL CENTER

### CERTIFICATE OF SERVICE

In keeping with Rule 21a of the Texas Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been served upon all attorneys of record via:

_____ Certified Mail/Return Receipt Requested

__X__ Telephonic Document Transfer (FAX)

_____ Hand Delivery

_____ Regular Mail

Dated: July 1, 2015

---

**DEFENDANT METHODIST HOSPITALS OF DALLAS A/K/A METHODIST HEALTH SYSTEM D/B/A METHODIST CHARLTON MEDICAL CENTER'S NOTICE OF ACCELERATED APPEAL – Page 2**
202204.1
202204v1 131-1035

<u>/s/ *Brandon Kulwicki*</u>
Brandon Kulwicki